

**SCOTT SCHWAB**
Secretary of State

Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594
(785) 296-4564

## STATE OF KANSAS

March 1, 2022

THOMAS M PARIS
55 W MONROE
SUITE 3330
CHICAGO IL 60603

RE: Service of Process on SURGIPRO, INC.
Case #2021 L 05241

The Secretary of State's Office received a Summons and Complaint on 2/14/2022 and mailed on 2/19/2022 by return receipt to the following registered office:

JOHN P WEBER
22015 W 66TH ST
UNIT 860035
SHAWNEE KS 66226

The return receipt was returned to the Kansas Secretary of State's Office on 2/22/2022 indicating that the service of process was delivered. Enclosed is a copy of the Summons sent to the above address and the return receipt for the delivered service of process.

If you have any questions, please call the Business Services Division at (785) 296-4564.

Business Services Division
Kansas Secretary of State

Enclosures
MM



EXHIBIT 1

Business Services: (785) 296-4564
Fax: (785) 296-4570

Website: www.sos.ks.gov
Email: kssos@ks.gov



March 01, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 7760 9160 6036

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | K.MAY | **Delivery Location:** | 22015 W 66TH ST |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required; Saturday Pickup | | SHAWNEE, KS, 66226 |
| | | **Delivery date:** | Feb 22, 2022 13:51 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 7760 9160 6036 | **Ship Date:** | Feb 21, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
JOHN P WEBER,
22015 W 66TH ST
UNIT 860035
SHAWNEE, KS, US, 66226

**Shipper:**
KSSOS BusinessServices, KS SECRETARY OF STATE
1ST FLOOR MEMORIAL HALL
120 SW 10TH AVE
TOPEKA, KS, US, 66612



Thank you for choosing FedEx

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook ▼ COUNTY | SUMMONS | For Court Use Only |
|---|---|---|
| **Instructions ▼**<br>Enter above the county name where the case was filed. | AMBER BICKERSTAFF as mother and next friend of<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | SURGIPRO, INC.<br>**Defendant / Respondent** *(First, middle, last name)* | 2021 L 05241<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons*, or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: Surgipro, Inc.<br>Registered Agent's name, if any: c/o Kansas Secretary of State<br>Street Address, Unit #: Memorial Hall, 1st Floor, 120 SW 10th Avenue<br>City, State, ZIP: Topeka, KS 66612-1594<br>Telephone: -          Email: |
|---|---|
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____   Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff    ☑ Sheriff outside Illinois: _____<br>                                                *County & State*<br>☐ Special process server    ☐ Licensed private detective |

Enter the Case Number given by the Circuit Clerk: 2021 L 05241

| | | |
|---|---|---|
| In 2, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:**<br>Amount claimed: $50,000.00 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: Thomas M. Paris<br>Street Address, Unit #: 55 W. Monroe, Suite 3330<br>City, State, ZIP: Chicago, IL 60603<br>Telephone: (312) 759-1600          Email: tp@tomparislaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms. |

| | | |
|---|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** | **Instructions for person receiving this *Summons* (Defendant):** |
| | ☑ a. | To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>Address: 50 W. Washington<br>City, State, ZIP: Chicago, IL 60601 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. | Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>      Date              Time                                  Courtroom<br>**In-person at:**<br>_____<br>Courthouse Address    City                          State    ZIP<br>OR |
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br>               Call-in number for telephone remote appearance<br>By video conference: _____<br>                    Video conference website<br>_____<br>Video conference log-in information (meeting ID, password, etc.)<br>Call the Circuit Clerk at: _____ or visit their website<br>                        Circuit Clerk's phone number<br>at: _____ to find out more about how to do this.<br>    Website |

2/3/2022 10:39 AM IRIS Y. MARTINEZ

**Witness this Date:** 02/03/2022

**Clerk of the Court:** _____

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.**<br>Date of Service: _____<br>(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.) |

SU-S 1503.2                                   Page 2 of 4                                   (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook ▼ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions**<br>Enter above the county name where the case was filed.<br>Enter your name as Plaintiff/Petitioner.<br>Enter the names of all people you are suing as Defendants/Respondents.<br>Enter the Case Number given by the Circuit Clerk. | AMBER BICKERSTAFF as mother and next friend of<br>**Plaintiff / Petitioner** *(First, middle, last name)*<br><br>v.<br><br>SURGIPRO, INC.<br>**Defendant / Respondent** *(First, middle, last name)*<br><br>☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2021 L 05241<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
            *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ as follows:
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
            *First, Middle, Last*
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 ____.

    ☐ On the Corporation's agent, _____
                                *First, Middle, Last*
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address: _____
        City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2021 L 05241

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

**By:**

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | *Signature by:* ☐ Sheriff<br>☐ Sheriff outside Illinois: _____<br>*County and State*<br>☐ Special process server<br>☐ Licensed private detective | **FEES**<br>Service and Return: $ _____<br>Miles _____ $ _____<br>Total  $ 0.00 |

_____
Print Name

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____