This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** Cook ☐ **COUNTY** | **SUMMONS** | For Court Use Only |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed | AMBER BICKERSTAFF as mother and next friend of <br> Plaintiff / Petitioner *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | SURGIPRO, INC. <br> Defendant / Respondent *(First, middle, last name)* | 2021 L 05241 <br> Case Number |
| Enter the Case Number given by the Circuit Clerk. | ☑ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)* | |

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

| | |
|---|---|
| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** Defendant/Respondent's address and service information: <br> **a.** Defendant/Respondent's primary address/information for service: <br> Name *(First, Middle, Last)*: Surgipro, Inc. <br> Registered Agent's name, if any: John P. Weber <br> Street Address, Unit #: 22015 W. 66th Street, Unit 860035 <br> City, State, ZIP: Shawnee, KS 66226 <br> Telephone: - _____ Email: _____ |
| In 1b, enter a second address for Defendant/Respondent, if you have one. | **b.** If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name *(First, Middle, Last)*: _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | **c.** Method of service on Defendant/Respondent: <br> ☑ Sheriff ☐ Sheriff outside Illinois _____ County & State <br> ☐ Special process server ☐ Licensed private detective |

SU-S 1503.2        Page 1 of 4

**EXHIBIT 2**

Enter the Case Number given by the Circuit Clerk

| In 2, enter the amount of money owed to you | **2.** | **Information about the lawsuit:** |
|---|---|---|

Amount claimed: $ 50,000.00

| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:** |
|---|---|---|

Name (First, Middle, Last): Thomas M. Paris

Street Address, Unit #: 55 W. Monroe, Suite 3330

City, State, ZIP: Chicago, IL 60603

Telephone: (312) 759-1600        Email: tp@tomparislaw.com

---

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

---

| Important information for the person getting this form | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms. |
|---|---|

---

| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4.** | **Instructions for person receiving this *Summons* (Defendant):** |
|---|---|---|

☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: 50 W. Washington

City, State, ZIP: Chicago, IL 60601

| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. |
|---|

☐ b. Attend court:

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
        *Date*                              *Time*                                              *Courtroom*

In-person at:

_____
*Courthouse Address*        *City*                                        *State*        *ZIP*

OR

| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
|---|

Remotely (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
                        *Call-in number for telephone remote appearance*

By video conference: _____
                                *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                                    *Circuit Clerk's phone number*

at: _____ to find out more about how to do this
        *Website*

2/3/2022 10:32 AM IRIS Y. MARTINEZ

| STOP!<br>The Circuit Clerk will fill in this section. |
|---|

Witness this Date: 02/03/2022

Clerk of the Court: _____

| STOP!<br>The officer or process server will fill in the Date of Service. |
|---|

This *Summons* must be served within 30 days of the witness date.

Date of Service: _____
                        (Date to be entered by an officer or process server on the copy of this *Summons* left with the Defendant or other person.)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT <br> Cook ▼ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | AMBER BICKERSTAFF as mother and next friend of <br> _____ <br> Plaintiff / Petitioner *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. <br> SURGIPRO, INC. <br> _____ <br> Defendant / Respondent *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2021 L 05241
Case Number

\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\*

My name is _____ and I state

*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:

*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date _____ at this time _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there
On this date: _____ at this time _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the
above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk 202 for 2024

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State ZIP _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP _____
   Other information about service attempt: _____
   _____
   _____
   _____

| DO NOT complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

| Under the Code of Civil Procedure, 735 ILCS 5.1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. |

By: | FEES
| Service and Return: $ _____
_____ | Miles _____ $ _____
*Signature by:* ☐ Sheriff | Total $ 0.00
☐ Sheriff outside Illinois: |

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Cook ▾ COUNTY | | |

**Instructions ▾**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

AMBER BICKERSTAFF as mother and next friend of
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

SURGIPRO, INC.
**Defendant / Respondent** *(First, middle, last name)*

2021 L 05241
**Case Number**

☑ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)*

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

1. **Defendant/Respondent's address and service information:**

In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

  a.  Defendant/Respondent's primary address/information for service:
      Name *(First, Middle, Last)*: Surgipro, Inc.
      Registered Agent's name, if any: c/o Kansas Secretary of State
      Street Address, Unit #: Memorial Hall, 1st Floor, 120 SW 10th Avenue
      City, State, ZIP: Topeka, KS 66612-1594
      Telephone: -          Email:

In 1b, enter a second address for Defendant/Respondent, if you have one.

  b.  If you have more than one address where Defendant/Respondent might be found, list that here:
      Name *(First, Middle, Last)*:
      Street Address, Unit #
      City, State, ZIP:
      Telephone:          Email:

In 1c, check how you are sending your documents to Defendant/Respondent.

  c.  Method of service on Defendant/Respondent:
      ☐ Sheriff          ☑ Sheriff outside Illinois: _____
                                                    *County & State*
      ☐ Special process server          ☐ Licensed private detective

Enter the Case Number given by the Circuit Clerk: 2021 L 05241

| In 2, enter the amount of money owed to you. |
| --- |
| In 3, enter your complete address, telephone number, and email address, if you have one. |

2. **Information about the lawsuit:**
   Amount claimed: $50,000.00

3. **Contact information for the Plaintiff/Petitioner:**
   Name *(First, Middle, Last)*: Thomas M. Paris
   Street Address, Unit #: 55 W. Monroe, Suite 3330
   City, State, ZIP: Chicago, IL 60603
   Telephone: (312) 759-1600 ___ Email: tp@tomparislaw.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| Important information for the person getting this form | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/ |
| --- | --- |

| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. |
| --- |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. |
| In 4b, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. |

4. **Instructions for person receiving this *Summons* (Defendant):**

   ☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:
   Address: 50 W. Washington
   City, State, ZIP: Chicago, IL 60601

   ☐ b. Attend court:
   On: _____ at _____ ☐ a.m. ☐ p.m. in _____
       Date          Time                  Courtroom
   In-person at:

   _____
   Courthouse Address     City          State     ZIP
   OR

   **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
   By telephone: _____
             Call-in number for telephone remote appearance
   By video conference: _____
                Video conference website

   _____
   Video conference log-in information (meeting ID, password, etc.)

   Call the Circuit Clerk at _____ or visit their website
               Circuit Clerk's phone number
   at: _____ to find out more about how to do this.
       Website
                                  2/3/2022 10:39 AM IRIS Y. MARTINEZ

| STOP! The Circuit Clerk will fill in this section |
| --- |
| STOP! The officer or process server will fill in the Date of Service. |

**Witness this Date:** 02/03/2022

**Clerk of the Court:** _____

This *Summons* must be served within 30 days of the witness date.

Date of Service: _____
    *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

SU-S 1503.2                     Page 2 of 4                    (06/21)

Enter the Case Number given by the Circuit Clerk: 2021 L 0524 )

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

---

| DO NOT complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony

By:

Signature by: ☐ Sheriff

_____

☐ Sheriff outside Illinois: _____

*County and State*

☐ Special process server

☐ Licensed private detective

_____

*Print Name*

**FEES**

Service and Return: $ _____

Miles _____ $ _____

Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:

License Number _____

FILED
1/6/2022 9:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005241
16182188

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

IN THE CIRCUIT COURT OF COOK COUNTY
ILLINOIS COUNTY DEPARTMENT, LAW DIVISION

AMBER BICKERSTAFF, as Mother and )
Next Friend of Jeremiah Matthews, a Minor, )
                                           )
        Plaintiff, )
v.                                         )      No: 2021 L 05241
                                           )
SURGIPRO, INC. )
        Defendant. )

## SECONDED AMENDED COMPLAINT AT LAW

NOW COMES the PLAINTIFF, AMBER BICKERSTAFF, AS MOTHER, NEXT FRIEND AND GUARDIAN OF THE ESTATE OF JEREMIAH MATTHEWS, A MINOR (hereinafter collectively referred to as "PLAINTIFF") by and through his attorney, THOMAS M. PARIS, ESQ., and complaining of the DEFENDANT, SURGIPRO, INC., upon information and belief states as follows:

### NATURE OF THE ACTION

1.      PLAINTIFF, brings this action against DEFENDANT, SURGIPRO, INC. for its role in distributing a Mogen Clamp, a medical device used in a small minority of circumcisions yet is responsible for the vast majority of circumcision injuries. Plaintiff does not know the manufacturer of the clamp which Defendant distributed. Plaintiff sues pursuant to Illinois law and alleges produce liability theories applicable to a manufacturer, until such time as the Defendant identifies the manufacturer. A Mogen Clamp was used on Jeremiah Matthews, during his circumcision, and because the Mogen Clamp was defective, as described below, Jeremiah Matthews' penis head was partially amputated. Jeremiah Matthews has suffered and will

1

continue to suffer physical, mental, emotional, and financial damages including surgeries, which will likely lead to future surgeries, all due to the Mogen Clamp, a medical device not suitable for circumcisions when other reasonably safe devices are readily available.

2.    The MOGEN clamp's history was known to SURGIPRO, INC. well before Jeremiah Matthews' circumcision. The FDA was aware of the serious and numerous injuries occurring during clamp circumcisions and issued a warning regarding its use. SURGIPRO, INC. knew, or should have known of the unreasonable risk which a Mogen Clamp presented at the time it sold the device.

### PARTIES

3.    PLAINTIFF, AMBER BICKERSTAFF, is the mother of Jeremiah Matthews and the court appointed guardian of his Estate. Jeremiah Matthews is 6 years-of-age currently residing is Flossmoor, IL.

4.    DEFENDANT, SURGIPRO, INC., is a corporation existing under the laws of the State of Kansas, with its principal place of business located in Kansas. SURGIPRO, INC. is in the business of distributing German stainless steel surgical instruments and providing health across the United States, including in the state of Illinois. DEFENDANT regularly and continuously did business within the state of Illinois, including marketing, advertising, distributing and selling the Mogen Clamp, which is the subject of this legal action.

### COMMON FACTUAL ALLEGATIONS

5.    On September 5, 2014, Jeremiah Matthews was born in Oak Lawn, Illinois at Advocate Christ Hospital.

6.     On October 1, 2014, Dr. Slugocki, D.O., performed what was supposed to be a routine circumcision procedure on Jeremiah Matthews using the Mogen Clamp (hereinafter referred to as "MOGEN").

7.     Due to the defective nature of the MOGEN, the tip of Jeremiah Matthews' penis was partially amputated. Jeremiah Matthews has sustained permanent injury, will require corrective surgery(ies), and has experienced, and will continue to experience, significant mental and physical pain and suffering, financial or economic loss, including, but not limited to, obligations for medical services and expenses.

8.     At all times relevant to this matter, the DEFENDANT has marketed its MOGEN to the medical community and to the patients, including the PLAINTIFF, and consumers as safe, effective, reliable, medical devices: as a safe and effective device for circumcisions.

9.     The MOGEN, unlike other circumcision devices, has a long history of penile amputations. In fact, though the MOGEN compromises a small percentage of the circumcision product market, it accounts for the majority of penile amputations, including Jeremiah Matthews' partial penile amputation.

10.     DEFENDANT has misrepresented the efficacy and safety of their MOGEN through various means and media, actively mislead the medical community, including Dr. Slugocki who performed Jeremiah Matthews' circumcision.

11.     Every year there are reports made to the FDA of penile amputations due to the MOGEN. These reports account for only a small portion of actual penile amputations in the medical community.

12.     The MOGEN's defects which lead to Plaintiff's injury are well known and have long been identified and published in medical literature.

3

13.     The MOGEN'S defects include the fact that unlike other circumcision clamps, there is no protection or shield/bell for the head of the penis.

14.     The MOGEN's second design defect is that the doctor is unable to visualize the head of the penis, including during the circumcision procedure performed on the Jeremiah Matthews' penis, when applying the scalpel to the foreskin.

15.     Despite these defects, DEFENDANT neither changed the MOGEN's design, recalled the MOGEN, nor issued any warnings to doctors.

16.     DEFENDANT has known, continues to know and at all times relevant had reason to know that their disclosures to the medical community, patients, including the PLAINTIFF, and the public at large were and are incomplete and misleading; and that the MOGEN was causing numerous patients severe injuries and complications like those suffered by Jeremiah Matthews. The DEFENDANT suppressed this information, and/or failed to accurately and completely disseminate or share this and other critical information with health care providers, or parents who need to make extremely important decisions about circumcision, including the PLAINTIFF. As a result, the DEFENDANT actively and intentionally misled and continues to mislead the public, including the medical community, healthcare providers and patients, into believing that their MOGEN was and is safe and effective, which led to the use of MOGEN on Jeremiah Matthews.

17.     The DEFENDANT failed to perform or rely on proper and adequate testing and research in order to determine and evaluate the risks and benefits of the MOGEN.

18.     Feasible and suitable alternative designs and products as compared to the DEFENDANT'S MOGEN, have existed at all times relevant.

4

19.	The MOGEN was at all times utilized and used in a manner foreseeable to DEFENDANT.

20.	The DEFENDANT has at all times provided incomplete, insufficient, and misleading training and information to doctors, in order to increase the number of doctors utilizing the MOGEN, and thus increasing the sales of the DEFENDANT'S MOGEN, and also leading to the dissemination of inadequate and misleading information to doctors, parents, and patients, including the PLAINTIFF and her doctors.

21.	The MOGEN used on Jeremiah Matthews was in the same or substantially similar condition as it was when it left the possession and control of the DEFENDANT, and in the condition directed by and expected by the DEFENDANT.

22.	The injuries, conditions, and complications suffered by Jeremiah Matthews due to the MOGEN include but are not limited to partial amputation of the Jeremiah Matthews' penis.

23.	Despite knowledge of the possibility of catastrophic injuries, conditions, and complications caused by the MOGEN, the DEFENDANT manufactured, marketed, and sold the MOGEN while failing to adequately warn, label, instruct, and disseminate information with regard to the MOGEN, both prior to and after the marketing and sale of the MOGEN

24.	Plaintiff is unable to determine with reasonable certainty the manufacturer of the MOGEN.

25.	Plaintiff's investigation into the MOGEN has revealed that: a) the Defendant sold MOGEN clamps to doctors and b) the purchaser of the MOGEN clamp used to perform the circumcision on Jeremiah Matthews was most likely purchased from the Defendant, per Dr. Slugocki's purchasing agent.

26.     Plaintiff believes Defendant knew, and/or could discover, who manufactured the MOGEN it sold, and through reasonable diligence will discover that it sold the subject MOGEN to Dr. Slugocki's practice group (Women's Healthcare of Illinois, Ltd.).

## COUNT I
## STRICT LIABILITY DEFECTIVE MANUFACTURE AND DESIGN

1-26. PLAINTIFF, repeats and realleges the allegations contained in Paragraphs 1 through 26 of its Complaint at Law as Paragraphs 1 through 26 of Count I of its Complaint at Law.

27.     The MOGEN was defectively and improperly manufactured and designed by its manufacturer, rendering it defective and unreasonably dangerous and hazardous for DEFENDANT to sell and place into the stream of commerce and later be used on Jeremiah Matthews.

28.     The MOGEN is inherently dangerous and defective, unfit and unsafe for its intended and reasonably foreseeable user, and his/her patient, and did not meet or perform to the expectations of parents, patients, and doctors, including the PLAINTIFF, and thus it was not reasonable for the Defendant to place it into the stream of commerce.

29.     The MOGEN creates risks to the health and safety of the patients that are far more significant and devastating than the risks posed by other products and procedures available to perform circumcisions, and which far outweighs the utility of the MOGEN, and thus it was not reasonable for the Defendant to place it into the stream of commerce.

30.     The DEFENDANT has designed, manufactured, marketed, labeled, sold, and or distributed the MOGEN disregarding the rights and health of potential patients, including Jeremiah Matthews.

6

31.     As a proximate result of the DEFENDANT'S sale of the Mogen Clamp, and/or distribution, Jeremiah Matthews has been catastrophically injured, and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort and economic damages.

WHEREFORE, PLAINTIFF, AMBER BICKERSTAFF, AS MOTHER AND NEXT FRIEND OF JEREMIAH MATTHEWS, A MINOR, demands judgment against the DEFENDANT, SURGIPRO, INC., in an amount in excess of $50,000, including the attorney costs and fees of this action.

## COUNT II
## STRICT LIABILITY-FAILURE TO WARN

1-31.    PLAINTIFF repeats and realleges the allegations contained in Paragraphs 1 through31 of its Complaint at Law as Paragraphs 1 through 31 of Count II. of its Complaint at Law.

32.     The DEFENDANT failed to properly and adequately warn and instruct the PLAINTIFF or her doctors as to the unsafe nature of the MOGEN and the risks of penile amputation.

33.     The DEFENDANT failed to properly and adequately warn and instruct the PLAINTIFF or her doctors as to the risks of the MOGEN.

34.     The DEFENDANT failed to properly and adequately warn and instruct the PLAINTIFF and her healthcare provider with regard to the lack of a safe and effective way to use the MOGEN or the availability of other safe medical devices which are widely available for circumcisions.

7

35. The DEFENDANT omitted or misrepresented the risks, and benefits of the MOGEN in order to advance their own financial interests and disregarded the rights and health of patients such as Jeremiah Matthews.

36. As a proximate result of the DEFENDANT'S sale of the Mogen Clamp, and/or distribution, Jeremiah Matthews has been catastrophically injured, and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort and economic damages.

WHEREFORE, PLAINTIFF, AMBER BICKERSTAFF, AS MOTHER AND NEXT FRIEND OF JEREMIAH MATTHEWS, A MINOR, demands judgment against the DEFENDANT, SURGIPRO, INC., in an amount in excess of $50,000, including the attorney costs and fees of this action.

## COUNT III
## NEGLIGENCE

1-36. PLAINTIFF repeats and realleges the allegations contained in Paragraphs 1 through 36 of its Complaint at Law as Paragraphs 1 through 36 of Count III of its Complaint at Law.

37. The DEFENDANT had a duty to exercise reasonable and ordinary care in the labeling, instructions, warnings, sale, marketing, and distribution of the MOGEN.

38. The DEFENDANT breached its duty of care to the PLAINTIFF and her doctors, by selling a product which it reasonably knew was not reasonably safe in manufacture, design, labeling, and warning.

39. The DEFENDANT had a duty to exercise reasonable care in selling the MOGEN to doctors who it knew would use the MOGEN to perform infant circumcisions.

8

40.     The DEFENDANT breached its duty of care to Plaintiff by negligently selling and distributing into the stream of commerce the MOGEN, a device that was for the aforementioned not reasonably safe for use in the manner in which the Defendant knew it would be used.

41.     As a proximate result of the DEFENDANT'S sale of the Mogen Clamp, and/or distribution, Jeremiah Matthews has been catastrophically injured, and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort and economic damages.

WHEREFORE, PLAINTIFF, AMBER BICKERSTAFF, AS MOTHER AND NEXT FRIEND OF JEREMIAH MATTHEWS, A MINOR, demands judgment against the DEFENDANT, SURGIPRO, INC. in an amount in excess of $50,000, including the attorney costs and fees of this action.

Respectfully Submitted,
/s/Thomas M. Paris
By: Thomas M. Paris, Esq.
Attorney for Plaintiff

Thomas M. Paris, Esq. (#30118)
55 West Monroe Street, Suite 3330
Chicago, Illinois 60603
(312) 759-1600
tp@tomparislaw.com

9