

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                        312-435-5670
Clerk

Date 9/13/22

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL 60602

Re: Bickerstaff v. Surgipro, Inc.
USDC Case Number: 22cv1170
Circuit Court Case Number: 2021 L 05241

Dear Clerk:

A certified copy of an order entered on 09/08/2022 by the Honorable Gary Feinerman, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                                                      Sincerely yours,
                                                                      Thomas G. Bruton, Clerk

                                                                      By: /s/ A. Ellis
                                                                             Deputy Clerk

Enclosure(s)

Rev. 10/05/2016